UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 14-CIV-80200-MARRA

SIMON MOKRANE, and all others similarly )
situated under 29 U.S.C. 216(B), )
)
              Plaintiff, )
vs. )
)
SHIRAZ MANAGEMENT, LLC, d/b/a )
HILTON PALM BEACH AIRPORT )
)
             Defendant. )
_____ )

## FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Final Judgment as To Claim, Fees and Costs Including Future Fees Regarding Collection of Default.

THIS COURT has considered the motion and the pertinent portions of the record and is otherwise fully advised in the premises.

It is hereby ORDERED AND ADJUDGED that DEFAULT FINAL JUDGMENT is entered against Defendant Shiraz Management, LLC d/b/a Hilton Palm Beach Airport, in favor of Plaintiff Simon Mokrane c/o his counsel, The Markel Law Firm, P.A. Plaintiff and his counsel are awarded the sum of $3,609.74. Interest shall accrue at the rate prescribed by 28 U.S.C. §1961 until this judgment is satisfied, for which sum let execution issue. Plaintiff's counsel shall also be entitled to attorney's fees and costs incurred in the collection of this judgment upon further motion to be filed with this Court.

The Clerk shall close this case. All pending motions are denied as moot.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 5th day of May, 2014.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE