UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 14-CIV-80200-MARRA

SIMON MOKRANE, and all others similarly )
situated under 29 U.S.C. 216(B), )
)
             Plaintiff, )
vs. )
)
SHIRAZ MANAGEMENT, LLC, d/b/a )
HILTON PALM BEACH AIRPORT )
)
             Defendant. )
_____ )

## ORDER ON PLAINTIFF'S MOTION FOR FINAL JUDGMENT AGAINST GARNISHEE AND DISBURSEMENT OF GARNISHED FUNDS

    This Cause, having come before the Court on Plaintiff's Motion for Clerk Default, and the Court, having reviewed the file and being duly advised, it is hereby ORDERED AND ADJUDGED that judgment shall be entered against Garnishee JP Morgan Chase Bank NA for the amount of the $3,609.74 which shall be issued to The Markel Law Firm within 7 calendar days of this Order.

    Furthermore, pursuant to Fla. Stat. § 77.28, the clerk shall issue the $100 deposited by Plaintiff at the time of the issuance of the writ of garnishment, to Garnishee JP Morgan Chase Bank NA.

DONE and ORDERED in Chambers, in West Palm Beach, Florida, on this 19 day of August, 2014.

                                                          KENNETH A. MARRA
                                                          UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Shiraz Management, LLC
150 Australian Ave, West Palm Beach, FL 33046
JP Morgan Chase Bank NA
1300 PONCE DE LEON BOULEVARD, CORAL GABLES, FL 33134 and P.O. Box 183164 Columbus, OH 43218-3164